McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA MANUEL,<br><br>Defendant. | CASE NO. 2:19-CR-0047-TLN<br><br>18 U.S.C. § 1343 – Wire Fraud;<br>18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |

## I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1343 – Wire Fraud]

The United States Attorney charges:

TAMARA MANUEL,

defendant herein, as follows:

### INTRODUCTION

At all relevant times,

1. TAMARA MANUEL lived in Vallejo, California. From in or around December 1999, through in or around August 2015, MANUEL worked at Sonoma Development Center ("SDC"), which was a state-run facility that served the needs of individuals with developmental disabilities.

2. Person 1 was an SDC patient.

## SCHEME TO DEFRAUD

3. From in or around February 2011, and continuing through in or around February 2018, in the State and Eastern District of California and elsewhere, defendant MANUEL knowingly devised, intended to devise, participated in, and executed through the use of wires in interstate commerce a material scheme and artifice to defraud the United States and its agencies, and to obtain money and property from the United States and its agencies by means of materially false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS

In furtherance of the scheme and artifice to defraud, MANUEL employed the following manner and means, among others:

4. MANUEL obtained personal identification information ("PII") of other persons, including SDC patients. The PII included, among other things, names, Social Security numbers, and birthdates.

5. MANUEL used PII of other persons to complete federal tax returns in the other persons' names, without their knowledge and consent. The federal tax returns contained materially false and fraudulent representations, including false statements about the persons' employment, wages, income taxes withheld, filing status, dependents, tax credits owed, and addresses.

6. MANUEL also used PII of other persons to complete federal tax returns in her and her son's names that contained materially false and fraudulent representations, including false statements about her and her son's dependents and tax credits owed.

7. MANUEL filed and caused the filing of the fraudulent tax returns with the Internal Revenue Service by submitting them, among other ways, electronically, which transmitted the returns by interstate wire to Internal Revenue Service facilities in Memphis, Tennessee, and Martinsburg, West Virginia.

8. The fraudulent tax returns MANUEL filed and caused to be filed requested that the Internal Revenue Service issue income tax refunds not due other persons, including SDC patients, her, and her son, in the form of direct deposits, pre-paid debit cards, and checks mailed to addresses from which MANUEL obtained them.

9. In total, the fraudulent tax returns MANUEL filed and caused to be filed with the Internal Revenue Service requested income tax refunds of at least approximately $77,860. Of that amount, the Internal Revenue Service issued tax refunds of at least approximately $48,837.

### THE WIRE COMMUNICATION

10. On or about March 29, 2014, in Solano County, State and Eastern District of California, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, MANUEL knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds, that is, a wire transmission to the Internal Revenue Service of an electronically filed Income Tax Return Form 1040A using Person 1's identity from Vallejo, California, to an Internal Revenue Service processing location outside the State of California, in violation of Title 18, United States Code, Section 1343.

COUNT TWO: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

The United States Attorney further charges: THAT

TAMARA MANUEL,

defendant herein, on or about March 29, 2014, in Solano County, State and Eastern District of California, did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name and Social Security number of Person 1, during and in relation to a felony violation, that is, a violation of Title 18, United States Code, Section 1343, knowing the means of identification belonged to another real person, that is, Person 1, in violation of Title 18, United States Code, Section 1028A(a)(1).

Dated:

McGREGOR W. SCOTT
United States Attorney

By: _____
MATTHEW THUESEN
Assistant United States Attorney

## United States v. Manuel
## Penalties for Information

**Defendant**
**Tamara Manuel**

### COUNT 1:

VIOLATION:   18 U.S.C. § 1343 – Wire Fraud

PENALTIES:   Up to 20 years' imprisonment, or fine up to $250,000, or both; and up to 3 years' supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 2:

VIOLATION:   18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

PENALTIES:   Mandatory 2 years' imprisonment consecutive to any other penalty; fine up to $250,000; and up to 1 year supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)