| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | McGREGOR W. SCOTT<br>United States Attorney<br>MATTHEW THUESEN<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA MANUEL,<br><br>Defendant. | CASE NO. 2:19-CR-0047-TLN<br><br>**STIPULATION AND ORDER SCHEDULING ARRAIGNMENT FOR MARCH 20, 2019** |

The parties and their respective counsel, Assistant United States Attorney Matthew Thuesen on behalf the United States of America and Noa Oren on behalf of defendant Tamara Manuel, stipulate and request that this Court enter an order scheduling the defendant's arraignment on the Information filed on March 12, 2019, for March 20, 2019, at 2:00 p.m., before the Hon. Deborah Barnes, United States Magistrate Judge.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 19, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/Matthew Thuesen<br>MATTHEW THUESEN<br>Assistant United States Attorney |
| Dated: March 19, 2019 | /s/ Noa Oren<br>Noa Oren<br>Counsel for Defendant |

STIPULATION AND ORDER

1

**ORDER**

Upon stipulation of the parties and good cause having been shown, the Court ORDERS that Defendant's arraignment will occur before the Hon. Deborah Barnes, United States Magistrate Judge, on March 20, 2019, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 19, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE