MCGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-0047-TLN |
|---|---|
| Plaintiff, | **STIPULATION FOR THE PREJUDGMENT DEPOSIT OF MONIES INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |
| v. | |
| TAMARA MANUEL, | |
| Defendant. | |

Plaintiff United States and defendant Tamara Manuel (the Parties) have signed a plea agreement in this case. In the plea agreement, the Parties agree, among other things, that Defendant will pay the United States $48,837 in restitution (ECF No. 14), though they recognize the Court may order a different restitution amount. Defendant entered a guilty plea to Counts 1 and 2 of the Information pursuant to the plea agreement on April 4, 2019 (*see* ECF No. 11), and her sentencing is currently scheduled for January 30, 2020. ECF No. 16. Defendant wishes to make monthly prejudgment payments towards her anticipated special assessment and restitution order. The plea agreement allows the Parties to argue for and against the imposition of a fine. Based on the foregoing, the Parties stipulate as follows:

1.  Defendant provided her asset disclosure to the United States as the plea agreement requires. The United States has reviewed the disclosure and enters this Stipulation based upon Defendant's representations in her disclosure.

1     2.     Defendant will pay whatever she is able to pay into the Court's Deposit Fund (the Fund) after the filing of the Court's order approving this Stipulation. The Order specifies how Defendant will make her payments to the Fund.

The Parties agree that the Court can and should enter an order approving this Stipulation and directing the Court Clerk to accept Defendant's prejudgment payments, deposit them into the Court's Deposit Fund, and apply those to any Court ordered criminal monetary penalties following sentencing.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: July 16, 2019                  By:    */s/ Kurt A. Didier*
                                                                  MATTHEW THUESEN
                                                                  KURT A. DIDIER
                                                                Assistant United States Attorneys

FOR THE DEFENDANT:

Dated: July 16, 2019                  By:    */s/ Tamara Manuel*
                                                                 TAMARA MANUEL

APPROVED AS TO FORM AND CONTENT:

Dated: July 16, 2019                  By:    */s/ Noa Oren*
                                                                NOA OREN
                                                                Attorney for Defendant

STIPULATION RE PRE-JUDGMENT
PAYMENTS; AND ORDER

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for Prejudgment Deposit of Monies into the Court's Deposit Fund (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant may make prejudgment payments to the Clerk of Court within five days following the filing of this Order.

2. Defendant shall make her payments payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Defendant shall also state the docket number (Case No.: 2:19-cr-00047-TLN) on the payment instrument and, if she desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. The Clerk of Court shall deposit all prejudgment payments received from Defendant into the Court's Deposit Fund (the Fund).

5. Defendant's prejudgment payments shall remain in the Fund pending adjudication of this case. Upon sentencing, the payments shall be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

IT IS SO ORDERED.

DATED: July 17, 2019

Troy L. Nunley
United States District Judge