HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710

Attorney for Defendant
TAMARA MANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. TAMARA MANUEL, Defendants. | Case No. 2:19-cr-047 TLN<br><br>**STIPULATION AND ORDER TO VACATE JUDGMENT AND SENTENCING AND SCHEDULE FOR STATUS**<br><br>DATE: January 7, 2021<br>TIME  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
|---|---|

   With the Court's permission, defendant Tamara Manuel and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

   1.   By previous order of this Court, this matter was set for judgment and sentencing on January 7, 2021;

   2.   By this stipulation, Ms. Manuel now moves the Court to vacate the judgment and sentencing hearing to allow her additional time to prepare for sentencing in light of her desire to have an in-person presentence investigation interview and an in-person sentencing hearing due to COVID-19 guidelines and restrictions. Ms. Manuel requests the Court set this matter for a status hearing regarding sentencing on February 11, 2021, at 9:30 a.m..

   Plaintiff and probation do not oppose this request.

| | | |
|---|---|---|
| 1 | DATED: December 18, 2020 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | */s/ Noa E. Oren*<br>NOA E. OREN |
| 4 | | Assistant Federal Defender<br>Attorney for TAMARA MANUEL |
| 5 | | |
| 6 | | |
| 7 | DATED: December 18, 2020 | MCGREGOR W. SCOTT<br>United States Attorney |
| 8 | | */S/ Matt Thuesen*<br>MATTHEW THUESEN<br>Assistant United States Attorney |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order to Vacate Judgment and Sentencing and Set for Status      -2-      *United States v. Manuel*, 2:19-cr-047-TLN

**<u>ORDER</u>**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court vacates the sentencing date of January 7, 2021.

The Court orders a status conference regarding judgement and sentencing for Ms. Manuel on February 11, 2021, at 9:30 a.m.

Dated: December 21, 2020

_____
Troy L. Nunley
United States District Judge