HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710

Attorney for Defendant
TAMARA MANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA MANUEL,<br><br>Defendants. | Case No. 2:19-cr-047 TLN<br><br>**STIPULATION AND ORDER TO SCHEDULE FOR STATUS RE: SENTENCING**<br><br>DATE:   February 11, 2021<br>TIME    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

With the Court's permission, defendant Tamara Manuel and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. By previous order of this Court, this matter was set for status regarding sentencing on February 11, 2021;

2. By this stipulation, Ms. Manuel now moves the Court to continue the status re:sentencing hearing to allow her additional time to prepare for an in-person presentence investigation interview and an in-person sentencing hearing due to COVID-19 guidelines and restrictions. Ms. Manuel requests the Court set this matter for a status hearing regarding sentencing on June 17, 2021.

Plaintiff and probation do not oppose this request.

| | | |
|---|---|---|
| 1 | DATED: February 8, 2021 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | */s/ Noa E. Oren*<br>NOA E. OREN |
| 4 | | Assistant Federal Defender<br>Attorney for TAMARA MANUEL |
| 5 | | |
| 6 | DATED: February 8, 2021 | MCGREGOR W. SCOTT |
| 7 | | United States Attorney |
| 8 | | */S/ Matt Thuesen*<br>MATTHEW THUESEN<br>Assistant United States Attorney |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court vacates the status re:sentencing date of February 11, 2021.

The Court orders a status conference regarding judgement and sentencing for Ms. Manuel on June 17, 2021, at 9:30 a.m.

Dated: February 8, 2021

Troy L. Nunley
United States District Judge