HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
TAMARA MANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-047 TLN |
| Plaintiff, | ) **SENTENCING MEMORANDUM** |
| vs. | ) |
| TAMARA MANUEL, | ) Date: June 2, 2022 |
| | ) Time: 9:30 A.M. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

The PSR's analysis does not account for how much of Ms. Manuel's conduct is a result of the significant trauma Ms. Manuel experienced as a child and young adult. In the social history provided to the Court at ECF 40-1, investigator Adam Brown draws the connection between Ms. Manuel's psychosocial history, psychiatric diagnoses, and her legal charge.[1] Upon balancing all §3553(a) factors, Ms. Manuel, respectfully submits that a sentence of 24 months is a weighty punishment that is sufficient and not greater than necessary.

**A. Ms. Manuel's History and Characteristics**

**1. Trauma Ms. Manuel Experienced as a Child and Adolescent Led to this Offense**

As described in the social history attached at ECF 40-1 at the end of the presentence report, Ms. Manuel's childhood was marked by chaos, and constant change, as she moved nine times to eight different schools.[2] Despite her circumstances at home, reports from her teachers

---

[1] *Id.* at 16 of 24
[2] *Id.* at 7 of 24.

Sentencing Memorandum

underscore her heartbreaking efforts to achieve and excel from an early age. For example, in fourth grade (her third school), her teacher noted that:

> Tammy continues to make very good academic progress. She willingly accepts challenges of new and more difficult work. She is learning to work independently and not be so disruptive to others in our class. She enjoys helping slower children and in doing so reinforces her own skills.[3]

For a while Ms. Manuel was able to succeed despite the setbacks of having an abusive and difficult home life. Ms. Manuel's mother, according to one counselor's observations, did not have "the parenting skills to administer her role in the home."[4] Ms. Manuel's mother sent her daughter to her father as punishment when she misbehaved.[5] Ms. Manuel's mother described Ms. Manuel's father as "crazy. He's a bum. He was physically and emotionally abusive."[6] (Internal citations and quotations omitted.) As Ms. Manuel became an adolescent, it became more difficult for her to remain in her mother's home due to her mother's ongoing drug use and failure to parent.

Ms. Manuel eventually left her mother's home only to struggle to survive on the streets and be victimized by a brutal drug dealer.[7] By the time she was sixteen, she was homeless and struggling to have basic necessities like food.[8] She began having extreme mental health issues.[9] She was abandoned at a juvenile detention facility and ultimately lived in group homes after her mother failed to pick her up from the juvenile facility.[10] As noted in the social history, Ms. Manuel has continued to struggle with depression and anxiety from those experiences. It seems clear her mental health played into her offense by amplifying her anxieties about supporting her own children in a way she was never supported. Ms. Manuel is aware how misguided she was in attempting to provide for her family through the crime she committed.

---

[3] *Id*. at 8 of 24.
[4] *Id*. at 11 of 24
[5] *Id*. at 6 and 11 of 24.
[6] *Id*. at 6 of 24.
[7] *Id*. at 12 of 24.
[8] *Id*.
[9] *Id*. at 13 of 24.
[10] *Id*. at 13-14 of 24.

### 2. Ms. Manuel Overcame Tremendous Trauma to be a Positive Force in her Family

In addition to being a person who made a terrible mistake, Ms. Manuel is also a person who has gone above and beyond to help her children and extended family.

Ms. Manuel had her first child at age 19.[11] Despite the trauma she endured as a child and teenager and the lack of responsible role models, Ms. Manuel managed to break the cycle of neglect and abuse. She has been a supportive and hard-working mother who raised her four children to be contributing and responsible members of society. Her oldest child just became a correctional officer in Houston, Texas. Her second child works at Walmart in Sacramento, CA. The third just graduated with a bachelor's degree from University of Hawaii on May 13, 2022. And the youngest works security in the refinery in Richmond, CA. As a friend notes, Ms. Manuel has "been the primary caregiver for a lot of the people in her life—her mom, daughter, everyone." [12] To this day she provides care for her brother's children because their parents are on drugs. *Id.* Mr. Manuel "is the glue holding her family together." *Id.*

### B. A Sentence of 24 Months Reflects the Seriousness of the Offense and Promotes Respect for the Law Because of how Ms. Manuel has Accepted Responsibility

Ms. Manuel is not someone to shirk her duties or punishment. When contacted by authorities, she immediately arranged to meet with the government through counsel. As noted in the PSR, she took immediate and complete responsibility.[13] She did not seek to deflect any blame. Unlike many people, she has been honest with authorities and her friends about what she has done,[14] which demonstrates that she holds herself to a high level of accountability personally and not just within a legal framework.

Ms. Manuel has a minimal criminal history. [15] She has not spent any time in jail.[16] A sentence of 24 months is harsh punishment for her and will adequately deter her from future criminal conduct and protect the public.

---

[11] *Id.* at 15 of 24.
[12] *Id.* at 19 of 24.
[13] PSR at ¶11.
[14] ECF 40-1 at 20 of 24.
[15] PSR at ¶33.
[16] *Id.*

Sentencing Memorandum

Additionally, her serious medical conditions, including long COVID, hypertension, obesity, and chronic kidney disease (stage 3),[17] place her at heightened risk of having more serious complications from future COVID strains, which she will likely be exposed to in a custodial setting.  A sentence of 24 months is weighty given her medical conditions. And the special conditions recommended in the PSR are well reasoned and will serve to protect the community from future crimes of Ms. Manuel, particularly the conditions requiring she participate in outpatient mental health treatment, which will be key for her to continue to address the trauma that she faced as a child and adolescent.[18]

### C. Conclusion

A sentence of 24 months, is sufficient and not greater than necessary to hold Ms. Manuel accountable for her violation of the law.  It is a just sentence considering her personal history and the toll it has taken on her, as detailed in her social history at ECF 40-1.  Ms. Manuel respectfully requests the Court sentence her to 24 months in order to hold her accountable while also accounting for the life experiences that led her to this Court.

DATED: May 26, 2022                     Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Noa E. Oren
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for TAMARA MANUEL

---

[17] *Id*. at 23 of 24.
[18] ECF 40 at 18, Special Condition 8.

Sentencing Memorandum